UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

DENISE FASSI,                          15-cv-6871 (JGK)

        PLAINTIFF,             ORDER

 - AGAINST -

CATHOLIC HEALTHCARE SYSTEM d/b/a
ARCHCARE,

        DEFENDANT.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/30/18

───────────────────────────────

JOHN G. KOELTL, District Judge:

    As stated at the conference on **January 29, 2018,** the parties should provide the Court with a Rule 26(f) statement seven days after the mediation effort with the Magistrate Judge if that mediation effort does not otherwise resolve the case.

SO ORDERED.

Dated:    New York, New York
          January 29, 2018

                                            John G. Koeltl
                                  United States District Judge