UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DENISE A FASSI,

                      **Plaintiff,**                  15-CV-6871 (JGK)(SN)

    -against-                                   **ORDER**

CATHOLIC HEALTHCARE SYSTEM,

                      **Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the close of discovery on August 17, 2018, the parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line at (212) 805-0286 to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     August 20, 2018
                New York, New York

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/20/2018*